```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30574
    KRZYSZTOF GAWEDA
    MONICA GAWEDA                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-1384     SSN XXX-XX-5347

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/04/05 and confirmed on 09/23/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  45252.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| FIFTH THIRD BANK | SECURED | 13000.00 | 734.07 | 13000.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 782.63 | .00 | 330.45 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 27924.78 | .00 | 11790.84 |
| ECAST SETTLEMENT CORP | UNSECURED | 1303.95 | .00 | 550.57 |
| SMC | UNSECURED | 938.88 | .00 | 396.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8938.26 | .00 | 3774.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 636.42 | .00 | 268.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10868.30 | .00 | 4588.99 |
| DISCOVER BANK | UNSECURED | 9805.03 | .00 | 4140.04 |
| ELK GROVE LAB PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 400.86 | .00 | 169.26 |
| KOHLS | UNSECURED | 905.10 | .00 | 382.17 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 1188.89 | .00 | 501.99 |
| WORLD FINANCIAL NETWORK | UNSECURED | 661.55 | .00 | 279.33 |
| PHYSICIAN ANESTHESIOLGY | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RESURRECTION HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 860.46 | .00 | 363.32 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RESURGENT CAPITAL SERVIC | UNSECURED | 921.90 | .00 | 389.26 |
| ROBERT RAO MD | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 268.72 | .00 | 113.46 |

```
         Summary of disbursements:
----------------------------------------------------------------------
              SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
----------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      13000.00            .00       66405.73          .00      79405.73
PRINCIPAL PAID          13000.00            .00       28038.88          .00      41038.88
INTEREST PAID             734.07            .00             .00          .00        734.07
TOTAL PAID              13734.07            .00       28038.88          .00      41772.95
```

The Debtor's attorney, MICHAEL J WORWAG            , was allowed $   2000.00
and was paid $    500.00   direct and $   1500.00   through the plan.

The Trustee received $   1979.05 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE